UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW RUIZ,<br><br>        Plaintiff,<br><br>   v.<br><br>SHAWN HATTON,<br><br>        Defendant. | Case No. 17-cv-06706-EMC<br><br>**ORDER DENYING PETITIONER'S REQUEST FOR CERTIFICATE OF APPEALABILITY**<br><br>Docket No. 27 |

Petitioner filed a notice of appeal and requested a certificate of appealability. *See* 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The application for a certificate of appealability is **DENIED** because Petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right . . . ." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000).

The Clerk shall forward to the Court of Appeals the case file with this order. *See United States v. Asrar*, 116 F.3d 1268, 1270 (9th Cir. 1997).

This order disposes of Docket No. 27.

**IT IS SO ORDERED**.

Dated: October 8, 2019

_____
EDWARD M. CHEN
United States District Judge